Charles B. Periolet, Appellee, v. City National Bank and Trust Company of Chicago et al., Defendants. Aaron Colnon, Receiver, Appellant.

Gen. No. 42,208.

Heard in the second division, first district, this court at the April term, 1942; opinion filed January 18, 1944. Burt A. Crowe, for appellant; Royal W. Irwin, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.